**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00057-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **BRANDON LEON WILSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Secure Time Records of Attorney Rich Cassady Submitted to the Court in Support of His Fee Petition [Doc. 83].

On January 23, 2015, the Court entered an Order granting in part the Defendant's motion to secure recorded telephone calls between the Defendant and his former counsel, attorney Rich Cassady, while the Defendant was housed at the McDowell County Jail. [Doc. 81]. In this Order, the Sheriff was directed to provide the recordings, but the Court required defense counsel to first listen to these recordings and identify only those calls necessary to support Defendant's New Trial Motion.

Defense counsel now returns to the Court, requesting the time records submitted by Mr. Cassady in support of his CJA fee request. Counsel states that such records are necessary so that counsel may determine the specific dates that Mr. Cassady spoke to the Defendant and in so doing, more readily identify which of the phone conversations recorded by the Sheriff need to be reviewed. Defense counsel represents that counsel for the Government does not oppose this request. [Doc. 83].

The Court has reviewed the time records provided by Mr. Cassady in support of his fee petitions. None of these records documents any phone conversations between Mr. Cassady and the Defendant. As such, the requested time records would be of no benefit to defense counsel. Accordingly, the Defendant's motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Secure Time Records of Attorney Rich Cassady Submitted to the Court in Support of His Fee Petition [Doc. 83] is **DENIED**.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge