IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CR 57

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| BRANDON LEON WILSON ) | |
| _____ ) | |

This matter is before the Court on a letter from the Warden of Federal Detention Center, Miami, (Doc. 170) which requests that the period for Defendant's competency evaluation be extended. The undersigned finds that the parties should be given an opportunity to respond to this request.

Accordingly, the parties are given leave, through and including June 26, 2020, to file any responses they deem necessary.

Signed: June 16, 2020

W. Carleton Metcalf
United States Magistrate Judge