IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CR 57

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON LEON WILSON, | ) | |
| _____ | ) | |

This matter is before the Court on a letter ("Request") from the Warden of Federal Detention Center, Miami ("FDC-Miami"). (Doc. 170).

On April 24, 2020, Defendant was committed to the custody of the Attorney General for placement in a suitable mental health facility where a competency evaluation could be performed. (Doc. 164).

On May 21, 2020, Defendant arrived at FDC-Miami for that evaluation. (Doc. 170) at 1.

The Request was filed on June 15, 2020 and asks that the period for completing Defendant's evaluation and report be extended to August 11, 2020. Id. The Request advises that, due to COVID-19 related matters, FDC-Miami is unable to complete Defendant's evaluation and report until that time. Id.

By Order entered on June 16, 2020, the undersigned gave the parties leave, through and including June 26, 2020, to file any responses to the Request they deemed necessary. (Doc. 171). Neither party has made any such filing.

In light of the ongoing COVID-19 pandemic and public safety concerns, and in the absence of any response or objection from the parties, the Request will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The request for an extension of time is **GRANTED** and FDC-Miami is allowed through and including **August 11, 2020** to complete Defendant's competency evaluation and report.

2. The Clerk is respectfully directed to certify a copy of this Order to the Warden at FDC-Miami.

3. All other provisions of the Order dated April 24, 2020 (Doc. 164) remain in effect.

Signed: July 1, 2020

W. Carleton Metcalf
United States Magistrate Judge